24 So.2d 919

Luke SALES et al. v. A. WYNN et al. as Trustees of A. M. E. Zion Church, Auburn.

5 Div. 409.

Supreme Court of Alabama.
Dec. 18, 1945.

Robt. C. Wallace, of La Fayette, for appellants.

E. Herndon Glenn, of Opelika, and H. W. Nixon, of Auburn, for appellees.

PER CURIAM.

Appeal dismissed.

23 So.2d 882

STATE ex rel. Robt. B. HARWOOD, Atty. Gen., v. Roy SANDERSON, Judge of Probate of Marion County.

6 Div. 399.

Supreme Court of Alabama.
Nov. 17, 1945.

Wm. N. McQueen, Atty. Gen., and John O. Harris, Asst. Atty. Gen., for the State.

PER CURIAM.

Proceeding abated on motion of the State.

24 So.2d 919

Jake STOKES v. STATE.

3 Div. 442.

Supreme Court of Alabama.
Dec. 20, 1945.

Wm. J. Fuller, Sr., of Montgomery, for appellant.

Wm. N. McQueen, Atty. Gen., for the State.

PER CURIAM.

Appeal abated by death of appellant.

24 So.2d 919

UTILITY TRAILER WORKS v. Francis X. HAYES.

3 Div. 447.

Supreme Court of Alabama.
Dec. 18, 1945.

Rushton, Weil, Stakely, Johnston & Williams, of Montgomery, for appellant.

Jack Crenshaw, of Montgomery, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.